UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA

MICHAEL SINDRAM,
        Disabled Veteran/Plaintiff,

2008 MAY 29 PM 12:30

OFFICE OF HUMAN RIGHTS

v.                                    Civil Action No.

GUSTAVO F. VELASQUEZ,
        Defendant.

Case: 1:08-mc-00361
Assigned To : Friedman, Paul L.
Assign. Date : 5/29/2008
Description: miscellaneous

\*                               \*

**MOTION FOR CLARIFICATION AND MODIFICATION OF ORDER AND FOR RELATED RELIEF**

    DISABLED VETERAN/PLAINTIFF, Michael Sindram, *pro-se*, in his Motion For Clarification And Modification of Order And For Related Relief, states the following:

    1. On May 14, 2008 this Disabled Veteran, who has served our country more than most, filed with this Honorable Court "Leave To File Verified Complaint" and "Leave To File Application To Proceed Without Prepayment Of Fees And Affidavit."

    2. Pre-printed cover letter of May 16, 2008 from deputy clerk states leave to file is denied however, no reason or explanation is given for this draconian action.

    3. Appended to deputy clerk's cover letter is receive-stamped "Leave To File Verified Complaint" with indistinguishable hand-written initials in upper right hand corner above "United States District Judge" and below "Leave to file denied."

    4. Fed. R. Civ. P. 8 requires only a "short and plain statement of claim showing pleader is entitled to relief." This is commonly referred to as notice pleading. Under notice pleading, only requirement is that the pleading contain enough information to fairly notify opposing party of basis of claim. It does not require an elaborate narration of facts, nor does it require that a legal theory of recovery of relief be set forth. Previous distinctions about whether a pleading was of fact, law, or conclusion of law have no significance. Hence, for most allegations only requirement is a "short and plain statement" that gives fair notice of claims to opposing side.

    5. On certiorari, United States Supreme Court reversed in a per curiam opinion, expressing unanimous views of court, holds allegations of a *pro-se* Complaint to less stringent standards than formal pleadings drafted by lawyers. **Haines v. Kerner**, 404 U.S. 519 (1972).

    6. On certiorari, United States Supreme Court reversed in a per curiam opinion, expressing unanaimous views of court, it was held that since it did not appear beyond doubt that Petitioner/Plaintiff could prove no set of facts in support of his claim which would

No pu pd.

**RECEIVED**

MAY 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

entitle him to relief, he was entitled to an opportunity to offer proof. *Haines v. Kerner*, 404 U.S. 519 (1972).

7. A unanimous United States Supreme Court has admonished that *pro-se* in forma pauperis Complaints must be read with tolerance: Dismissal [denied leave to file] is impermissible unless court can say:

> with assurance that under allegations of *pro-se* Complaint, which we hold to less stringent standards than formal pleadings drafted by lawyers, it appears "beyond doubt that Plaintiff can prove no set of facts in support of his claim which would entitle him to relief."

*Haines v. Kerner*, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972), quoting *Conley v. Gibson*, 355 U.S. 41, 45-46, 78 S.Ct. 99, 101-02, 2 L.Ed.2d 80 (1957), *reaffirmed* in *Estelle v. Gamble*, 429 U.S. at 106, 97 S.Ct. at 292 (1976).

8. Plaintiff's Complaint need not plead law or match facts to every element of a legal theory. Fed. R. Civ. P. 8, 28 U.S.C.A. *Sparrow v. United Air Lines, Inc.*, 216 F.3d 1111 (D.D.C. 2000). Fourth Circuit has recognized an "indisputable desire that those litigants with meritorious claims should not be tripped up in court on technical niceties." *Beaudett v. City of Hampton*, 755 F.2d 1277-78 (citing *Gordon v. Leeke*, 574 F.2d 147 (4th Cir. 1978)).

WHEREFORE, good cause having been shown and premises considered, Order should now pass:

1. Granting "Leave To File Application To Proceed Without Prepayment Of Fees And Affidavit";

2. Granting "Leave To File Verified Complaint" in above-captioned cause of action;

3. Such other and further relief as to this Court appears just and proper.

**In God we trust:**
*Michael Sindram*
Michael Sindram, Disabled Veteran/Plaintiff, *Pro-Se*
6645 Georgia Avenue, N.W. #306
Washington, D.C. 20012
(202)722-6281

## REQUEST FOR EXPEDITED HEARING

Request for expedited hearing in light of defendant's retaliation to irreparably harm Plaintiff be advanced on Court's calendar to earliest practicable date to aid in the decisional process.

*Michael Sindram*
Michael Sindram

## CERITIFICATE OF SERVICE

I HEREBY CERTIFY copy of foregoing was delivered *by-hand* this 29th day of May, 2008 to: Office of Human Rights c/o Gustavo F. Velasquez, 441 4th Street, N.W., Suite 570 N, Washington, D.C. 20001.

*Michael Sindram*
Michael Sindram

*Make it **your** aim to do what is **right**, not what is evil, so that **you** may live. Hate what is evil, love what is **right**, and see that justice prevails in the courts…let justice flow like a stream, and **righteousness** like a river that never goes dry.*
**Amos 5:14a, 15a, 24 (TEV)**

*Do for others what **you** want them to do for **you**!*
**Matthew 7:12a (TEV)**

CO 217B2
Rev. 3/06
FPI-SST

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Michael Sindram
_____
Plaintiff(s)

vs.                                Civil Action No. _____

Gustavo F. Velasquez
_____
Defendant(s)

Dear Mr. Sindram:

In the above entitled case, please be advised that on 5/16/08 Judge Friedman endorsed thereon as follows:

**"Leave to file is DENIED."**

As a result of the Judge's ruling, your document has not been filed with our Court and a copy is being returned to you at this time. Thank you.

NANCY MAYER-WHITTINGTON, CLERK

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA

MICHAEL SINDRAM
6645 Georgia Avenue, N.W. #306
Washington, D.C. 20012
        Disabled Veteran/Plaintiff,

v.

GUSTAVO F. VELASQUEZ
441 4TH street, N.W., Suite 570 N
Washington, D.C. 20001
        Defendant.

Leave to file DENIED

United States District Judge

Civil Action No. 5/16/08

\*        \*        \*        \*

## LEAVE TO FILE VERIFIED COMPLAINT

    1. All acts complained of occurred in District of Columbia. Amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00). Court has subject matter jurisdiction under 28 U.S.C. § 1332, 42 U.S.C. § 1983, *et seq.*, and 42 U.S.C. § 12182, *et seq.*

    2. Disabled Veteran/Plaintiff's claims are not frivolous or taken in bad faith but raises new matters never before decided on merits by any federal court. Disabled Veteran/Plaintiff truthfully certifies instant above-captioned Case is filed in good faith, not for an improper purpose and states a colorable basis in law and fact on penalty of contempt of this Honorable Court.

    3. As a Disabled Veteran, who has served our country more than most, Plaintiff is entitled to reasonable public accommodations as mandated by Americans with Disabilities Act of 1990 (ADA).

    4. Defendant Velasquez as director of D.C. Office of Human Rights is required by law to reasonably accommodate Plaintiff but continues to deny Disabled Veteran requested entitled reasonable public accommodations, to include but not limited to, telephonic intake of Charges of Discrimination under D.C. Human Rights Act of 1977.

    5. Defendant Velasquez denied Disabled Veteran requested entitled reasonable ADA public accommodation of telephonic intake on February 20, 2008. Defendant Velasquez's subordinates claimed to be following "orders" of their director (defendant Velasquez).

    6. Defendant Velasquez again denied Disabled Veteran requested entitled reasonable ADA public accommodation of telephonic intake on May 5, 2008. Defendant Velasquez's subordinates claimed to be following "orders" of their director (defendant Velasquez).

**RECEIVED**

MAY 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

7. Defendant Velasquez told Plaintiff on May 5, 2008 that he (defendant Velasquez) would never make finding of "probable cause" in any Charge of Discrimination in spite of Disabled Veteran having made prima facie showing of discrimination based on Plaintiff's protected categories.

8. Defendant Velasquez engages subordinates to ignore Disabled Veteran and disregard Plaintiff's time-sensitive written communications to set for Plaintiff a different standard as opposed to others similarly situated in violation of D.C. Human Rights Act of 1977.

9. Defendant Velasquez denied Plaintiff set mediation on December 17, 2007 as required by D.C. Code § 2-1403.04(c).

10. As a direct and proximate result of defendant Velasquez's willful and wanton rancorous malicious misconduct and total disregard of Disabled Veteran/Plaintiff's constitutionally-guaranteed rights Plaintiff has no heat or hot water.

11. Defendant Velasquez is antagonistic toward this Disabled Veteran. Defendant Velasquez retaliates against Plaintiff for attempting to file Charges of Discrimination against known colleagues of Defendant Velasquez.

12. Defendant Velasquez has set out to satisfy an extra-judicial claim instituted as a private matter to achieve an end unintended by law and in fact having had that intended effect to deny Disabled Veteran "full and equal enjoyment of goods, services, facilities, privileges, advantages, or accommodations" of a place of public accommodation as those words are used in 42 U.S.C. § 12182(a).

13. Defendant Velasquez continues to discriminate against Disabled Veteran in violation of D.C. Human Rights Act of 1977 to cause Plaintiff mental anguish and psychological deprivation to exacerbate Disabled Veteran's medical condition and increase Plaintiff's pain and suffering.

14. Defendant Velasquez continues to intentionally inflict emotional distress upon Disabled Veteran to cause Plaintiff loss of enjoyment of life.

WHEREFORE, Disabled Veteran/Plaintiff, Michael Sindram, *pro-se*, respectfully requests that this Honorable Court find defendant Gustavo F. Velasquez liable for all injuries, damages, and violations suffered by Plaintiff, and that judgment be enetered against defendant Gustavo F. Velasquez jointly, severally, collectively, and individually, as follows:

1. Compensatory and General Damages in amount of Five Million Dollars ($5,000,000.00);

2. Punitive Damages in amount of Three Million Dollars ($3,000,000.00);

3

3. Costs, Disbursements, and Reasonable Award of Expenses to Plaintiff to vigorously prosecute above-captioned weighty meritorious cause of action in amount of One Hundred Forty-Four Thousand Dollars ($144,000.00);

4. Such other and further relief as to this Court appears just and proper.

**In God we trust:**
*Michael Sindram*
Michael Sindram, Disabled Veteran/Plaintiff, *Pro-Se*
6645 Georgia Avenue, N.W. #306
Washington, D.C. 20012
(202)722-6281

### JURY DEMAND

Right of trial by jury as declared by Seventh Amendment to United States Constitution and incorporated by Fed. R. Civ. P. 38 requested by Disabled Veteran/Plaintiff and preserved inviolate.

*Michael Sindram*
Michael Sindram

*Make it **your** aim to do what is right, not what is evil, so that **you** may live. Hate what is evil, love what is right, and see that justice prevails in the courts...let justice flow like a stream, and righteousness like a river that never goes dry.*
**Amos 5:14a, 15a, 24 (TEV)**

*Do for others what **you** want them to do for **you**!*
**Matthew 7:12a (TEV)**

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of _Columbia_ For

Michael Sindram
**Plaintiff**

v.

Gustavo F. Velasquez
**Defendant**

LEAVE TO FILE
APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, _Michael Sindram_, declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____  Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   
   Date of last employment was on or about April 17, 1994. Amount of salary or wages per month which I received was approximately Five Hundred Dollars ($500.00).

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends             ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☒ No
   d. Disability or workers compensation payments      ☐ Yes    ☒ No
   e. Gifts or inheritances                            ☐ Yes    ☒ No
   f. Any other sources                                ☒ Yes    ☐ No

   RECEIVED
   MAY 1 4 2008
   NANCY MAYER WHITTINGTON, CLERK
   U.S. DISTRICT COURT

   If the answer to any of the above is "yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

VA and SSI compensation of Six Hundred Fifty-Seven Dollars ($657.00) per month.

4. Do you have any cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☒ Yes    ☐ No

   If "Yes," describe the property and state its value.

   Five Percent (5%) Unit 306, 6645 Georgia Avenue, N.W., Washington, D.C.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Disabled Head of Household: Michael Sindram, Disabled Veteran who has served our country more than most!

I declare under penalty of perjury that the above information is true and correct.

In God we trust!

5-12-08
Date

Michael Sindram
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.