UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA

MICHAEL SINDRAM,
          Disabled Veteran/Plaintiff,

v.                                                    Miscellaneous Petition 08-361

GUSTAVO F. VELASQUEZ,
          Defendant.

\*                  \*                  \*                  \*

## LEAVE TO FILE EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER (TRO), FOR PRELIMINARY INJUNCTION, AND FOR RELATED RELIEF

DISABLED VETERAN/PLAINTIFF, Michael Sindram, *pro-se*, in his weighty Leave To File Temporary Restraining Order (TRO), For Preliminary Injunction, And For Related Relief, pursuant to Fed. R. Civ. P. 65, states the following:

1. Disabled Veteran/Plaintiff's Leave To File Verified Complaint and Motion For Clarification And Modification Of Order And For Related Relief are adopted and incorporated herein by reference.

2. On June 10, 2008 Disabled Veteran/Plaintiff had a District of Columbia Office of Human Rights (OHR) scheduled interview prior to office interview. OHR Complaint Procedures require: "During in office interview Duty Intake Officer (Alphonse Lee) will elicit from Complainant all pertinent information with regard to alleged discriminatory act(s)" in undocketed Complaint captioned *Michael Sindram v. Howard University (Hospital)* (HUH).

3. Instead of Duty Intake Officer Lee eliciting "all pertinent information" concerning HUH's failure to provide medically-necessitated health care, Disabled Veteran/Plaintiff (white male) was stonewalled by OHR avowed racist Alease B. Parson (black female) to remain seated in OHR public lobby area. While seated in public lobby area with numerous others present having no involvement in Disabled Veteran/Plaintiff's HUH Complaint, Disabled Veteran/Plaintiff was made to breach and discuss privileged confidential doctor-patient information with Duty Intake Officer Lee but with caveat instruction to Duty Intake Officer Lee from OHR avowed racist Alease B. Parson not to formalize, type and notarize Disabled Veteran/ Plaintiff's Complaint. OHR Complaint Procedure requires: "Complaint shall be formalized, typed and notarized by Duty Intake Officer."

4. Although requested and required to provide private setting to elicit all pertinent information regarding HUH OHR avowed racist Alease B. Parson refused to comply with the law. OHR avowed racist Alease B. Parson refused request to meet with Disabled Veteran/Plaintiff.

RECEIVED
JUN 1 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

5. Disabled Veteran/Plaintiff met with defendant Gusatvo F. Velasquez behind closed doors. Defendant Velasquez wrote on Disabled Veteran/Plaintiff's HUH Intake Questionnaire nonsensical remark: "New paragraph inserted 6/10/08." Disabled Veteran/Plaintiff made defendant Velasquez aware of ongoing pattern of racially-motivated misconduct both within OHR and HUH. Defendant Velasquez took no further action having acted in concert with OHR avowed racist Alease B. Parson to abridge and deny office interview and failure to "formalize, type and notarize" prima facie Complaint against HUH as required by law. Subsequently, Duty Intake Officer Lee, OHR avowed racist Alease B. Parson, and defendant Velasquez have set for Disabled Veteran/Plaintiff an unlawful separate standard as opposed to others similarly situated.

6. Both OHR avowed racist Alease B. Parson and defendant Velasquez are familiar with Disabled Veteran/Plaintiff's "Supplement To Amended Charges Of Discrimination" OHR Docket No.07-156-PA filed March 4, 2008 against HUH, adopted and incorporated herein by reference as Exhibit 1. Human Rights Act of 1977 as contained in District of Columbia Code, Title 2, Chapter 14, § 2-1403.04(c) requires: "A mediation program shall be established and all Complaints shall be mediated before [OHR] commences investigation." At no time were afore-referenced Amended Charges Of Discrimination or Supplement To Amended Charges Of Discrimination against HUH mediated as required by law.

7. Conflict of interest dealings by and between HUH and OHR rapes Disabled Veteran/Plaintiff of constitutionally-guaranteed rights contained in United States Constitution Amendments 5 and 14 that unequivocally state: "No state shall deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction equal protection of laws." 42 U.S.C. § 1983, *et seq.*, (Civil action for deprivation of rights) clearly states:

> Every person, who under color of any statute, ordinance, regulation, custom, or usage, of…District of Columbia, subjects, or causes to be subjected, any citizen of United States…within jurisdiction thereof to deprivation of any rights, privileges, or immunities secured by Constitution and laws, shall be liable to party injured in an action at law, suit in equity, or other proper proceeding for redress…For purposes of this section, any act of Congress applicable exclusively to District of Columbia shall be considered to be a statute of District of Columbia.

8. As a matter of law Disabled Veteran/Plaintiff is entitled to due process and fundamental fairness. Minimally Disabled Veteran/Plaintiff should now have OHR expedited mediation with HUH in Docket No.07-156-PA "Amended Charges Of Discrimination" and "Supplement To Amended Charges Of Discrimination." (Exhibit 1) Additionally, Disabled Veteran/Plaintiff is entitled forthwith to OHR "office interview" regarding HUH instant undocketed Complaint: "On or about 5-30-08 I was again denied medical care at HUH in retaliation for previous Complaints filed with OHR."

9. Disabled Veteran/Plaintiff has made showing of "immediate and irreparable injury," Disabled Veteran/Plaintiff has likelihood of success on merits in this weighty casue of action, threatened injury to Disabled Veteran/Plaintiff exceeds any foreseeable injury to defendant Velasquez if Temporary Restraining Order (TRO) is granted, and that this TRO will not be against public interest. In fact this TRO is in public interest and should now be granted.

10. Injury to Disabled Veteran/Plaintiff is immediate and irreparable to be granted without notice to enjoin defendant Velasquez from interfering and prohibiting Disabled Veteran/Plaintiff from due process, fundamental fairness, and enjoyment of Human Rights Act of 1977, to include but not limited to OHR Complaint Procedures and required Mediation.

WHEREFORE, good cause having been shown and premises considered, Order should now pass:

1. Requiring OHR expedited mediation of Docket No.07-156-PA Amended Charges Of Discrimination and Supplement To Amended Charges Of Discrimination (Exhibit 1);

2. Office interview forthwith of undocketed instant HUH Complaint;

3. Cease and desist OHR personnel from interfering with OHR Complaint Procedures unconstitutionally misapplied Disabled Veteran/Plaintiff;

4. Such other and further relief as to this Court appears just and proper.

**In God we trust:**
*Michael Sindram*
Michael Sindram, Disabled Veteran/Plaintiff, *Pro-Se*
6645 Georgia Avenue, N.W. #306
Washington, D.C. 20012
(202)722-6281


### REQUEST FOR EXPEDITED HEARING

In accordance with Fed. R. Civ. P. 65 expedited hearing requested to be advanced on Court's calendar to earliest practicable date to aid in the decisional process.
*Michael Sindram*
Michael Sindram

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that copy of foregoing Emergency Motion For Temporary Restraining Order (TRO), For Preliminary Injunction, And For Related Relief was delivered by-hand this 13th day of June, 2008 to: Gustavo F. Velasquez c/o Office of Human Rights, 441 4th Street, N.W., Suite 570 N, Washington, D.C. 20001.

*Michael Sindram*
Michael Sindram

*Wise men have also said these things: It is wrong for a judge to be prejudiced. If he pronounces a guilty person innocent, he will be cursed and hated by everyone. Judges who punish the guilty, however, will be prosperous and enjoy a good reputation.*
**Proverbs 24:23-25 (TEV)**

*Make it **your** aim to do what is* **right,** *not what is evil, so that **you** may live. Hate what is evil, love what is* **right,** *and see that* **justice** *prevails in the* **courts...let justice** *flow like a stream, and* **righteousness** *like a river that never goes dry.*
**Amos 5:14a, 15a, 24 (TEV)**

*Do for others what **you** want them to do for **you**!*
**Matthew 7:12a (TEV)**

DISTRICT OF COLUMBIA GOVERNMENT OFFICE OF HUMAN RIGHTS

MICHAEL SINDRAM,

       Disabled Veteran/Complainant,

2008 MAR -4 PM 2: 11

OFFICE OF HUMAN RIGHTS

v.

Docket No.07-156-PA

HOWARD UNIVERSITY,

       Respondent.

\*        \*        \*        \*

### SUPPLEMENT TO AMENDED CHARGES OF DISCRIMINATION

I, MICHAEL SINDRAM, AFTER HAVING BEEN DULY SWORN depose and say that:

    1. I am an adult male citizen of District of Columbia, over 18 years of age, and competent to make this oath. Adopted and incorporated herein are Amended Charges Of Discrimination of December 28, 2007 and Charge Of Discrimination Of March 2, 2007.

    2. On February 14, 2008 mutually-agreed upon appointment date and time was arrived at by Dr. Robert Jones and Affiant so indicated by Notification of Appointment orchestrated by Rehabilitation Services Administration, annexed hereto as Exhibit 1.

    3. On February 29, 2008 Dr. Robert Jones refused to treat Affiant in words of good doctor "because of pending litigation with Office of Human Rights." Dr. Robert Jones further stated to Affiant that a permanent bar notice was in effect to prohibit Affiant from any further dental treatment at Howard University Hospital (HUH). Affiant's kept appointment was witnessed by several HUH dental employees, who refused to be identified. Affiant was met in stairway by HUH ENT secretary/receptionist Delores Lloyd.

                                     **In God we trust:**

                                      */s/ Michael Sindram*

                                      Michael Sindram, ***Disabled Veteran***
                                      6645 Georgia Avenue, N.W. #306
                                      Washington, D.C. 20012

SUBSCRIBED AND SWORN TO BEFORE ME this ___4th___ day of March, 2008.

                                                      /s/ Notary
                                                      Notary Public

My Commission expires:

Charles Teixeira
Notary Public, District of Columbia
My Commission Expires 02/28/2011



- Ex. 1 -