**FILED**

AUG 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL SINDRAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Misc. Action No. 08-361 (PLF) |
| ) | |
| GUSTAVO F. VELASQUEZ, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff has filed a motion for clarification and modification of the order denying leave to file a complaint, which will be construed as a motion for relief from the Order. See Fed. R. Civ. P. 60. He has also filed a motion for a temporary restraining order or preliminary injunction.

Upon review of the motion for relief, the prior motion for leave to file a complaint, the Final Judgment entered in *Sindram v. Saunders*, Civil Action No. 03-2110 (HHK) (D.D.C. Aug. 11, 2004) imposing certain conditions on plaintiff filing a complaint, the application to proceed *in forma pauperis*, and the motion for leave to file an emergency motion for a temporary restraining order or preliminary injunction, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED. It is

FURTHER ORDERED the motion for relief is GRANTED. The Clerk is directed open a civil action and file the attached complaint on the record. It is

FURTHER ORDERED that the motion for leave to file an emergency motion for a temporary restraining order or preliminary injunction is DENIED. The Clerk is directed to close this miscellaneous case.

DATE: 8/15/08

/s/ Paul L. Friedman
PAUL L. FRIEDMAN
United States District Judge